FRED P. CONE, J. M. LEE and W. V. KNOTT, as and constituting the State Board of Administration; J. M. LEE as State Comptroller and as Secretary of the State Board of Administration; W. V. KNOTT State Treasurer and as County Treasurer *ex officio* of Pasco County v. STATE, *ex rel.* FLORIDA SECURITIES, INC.

185 So. 152.
(Case No. 2962)
Opinion Filed December 12, 1938.

*Cary D. Landis,* Attorney General, and *H. E. Carter,* and *J. Compton French,* Assistant Attorneys General, for Plaintiff in Error;

*Whitfield & Whitfield,* for Defendant in Error.

PER CURIAM.—This is a companion case to that of Fred P. Cone, J. M. Lee and W. V. Knott, as Constituting the Board of Administration, *et al.,* v. State, *ex rel.* Florida Securities, Inc., known as case No. 2961, 185 So. 151, in which opinion and judgment has been this day entered. See page 339 of this report.

The opinion and judgment in this case is affirmed upon the grounds stated in the order of affirmance of the companion case.

So ordered.

TERRELL, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.